AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cr-00285-GBD-1 |
| LAURENCE F. DOUD III | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LAURENCE F. DOUD III

Date:   04/25/2019

*Attorney's signature*

DERRELLE M. JANEY
*Printed name and bar number*

Gottlieb & Janey LLP
111 Broadway, Suite 701
New York, NY 10006

*Address*

djaney@gottliebjaney.com
*E-mail address*

(212) 566-7766
*Telephone number*

(212) 374-1506
*FAX number*