

Gottlieb & Janey LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebjaney.com
New York · London · Rome



January 8, 2020

**Via ECF**
The Honorable Judge George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

JAN 0 8 2020

SO ORDERED

The Oral Argument is adjourned from January 22, 2020 to January 29, 2020 at 11:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

**RE:** *United States v. Laurence F. Doud III*, 19 Cr. 285 (GBD)
<u>**Request For Adjournment**</u>

Dear Judge Daniels:

This law firm represents Laurence F. Doud III in the above-referenced criminal matter. We are scheduled to appear before Your Honor for Oral Argument on January 22, 2020.

Due to an unforeseen scheduling conflict, we respectfully request that the appearance be adjourned to one of the following dates if permitted by the Court's calendar:

January 28, 2020
January 29, 2020 after 11:00 AM
January 31, 2020

We have conferred with the Government and they have agreed to the above mentioned dates.

Thank you for the Court's consideration.

Respectfully submitted,

GOTTLIEB & JANEY LLP

By: *Derrelle M. Janey*
Derrelle M. Janey, Esq.

cc:   All Counsel of Record