UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                             Defendant.
------------------------------------- x

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request to adjourn the trial from May 4, 2020 to May 28, 2020, (ECF No. 25), is DENIED.

The trial is adjourned from May 4, 2020 to May 11, 2020 at 9:45 am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       February 12, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge