UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                             Defendant.
------------------------------------- x

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's letter motion to compel the Government to disclose the identities of the alleged co-conspirators earlier than forty-five (45) days before the start of trial, (ECF No. 28), is DENIED.

Dated: New York, New York
       February 26, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge