

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2020

**By CM/ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAY 15 2020

Re: *United States v. Doud*,
19 Cr. 285 (GBD)

Dear Judge Daniels:

In light of the adjournment of the trial date in the above-captioned case from June 29, 2020 to September 14, 2020, the parties respectfully propose the following adjusted schedule for pretrial filings and deadlines. The parties make this proposal jointly.

- July 14: Defense to produce any unproduced Rule 16 materials in its possession as of that date

- July 14: Government to provide defense with list of co-conspirators

- July 21: Government to provide Rule 404(b) notice

- July 28: Government to provide expert disclosure(s)

- August 11: Parties to submit proposed requests to charge and voir dire

- August 18: Government to provide its witness list

- August 18: Government to provide its exhibit list

- August 18: Government to provide Jencks Act material

- August 20: Parties to file motions *in limine*

- August 25: Defense to provide expert disclosure(s)

The Honorable George B. Daniels
May 15, 2020

- August 27: Parties to file oppositions to motions *in limine*

- September 1: Defense to provide witness list

- September 1: Defense to provide Rule 26.2 disclosures

                    Respectfully submitted,

                    GEOFFREY S. BERMAN
                    United States Attorney

        By:    /s/_____
                Nicolas Roos/Max Nicholas/
                Alexandra Rothman
                Assistant United States Attorneys
                Tel: (212) 637-2421/1565/2580