**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

ORDER

LAURENCE F. DOUD III,

19 Crim. 285 (GBD)

Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

The pretrial conference is adjourned from June 17, 2020 to August 12, 2020 at 10:00 am.

Dated: New York, New York
June 8, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge