**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                              Defendant.

------------------------------------- x

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

The trial is scheduled for September 14, 2020 is canceled. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until June 1, 2021.

Dated: New York, New York
       July 16, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge