**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                             Defendant.

------------------------------------- x

ORDER

19 Crim. 285 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 10 2020

GEORGE B. DANIELS, United States District Judge:

    The pretrial conference is adjourned from August 12, 2020 to September 30, 2020 at 10:00 a.m.

Dated: New York, New York
       August 10, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge