UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                     Defendant.

------------------------------------------------------------ x

ORDER

19 Crim. 285 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 2 2020

GEORGE B. DANIELS, United States District Judge:

    The pretrial conference is adjourned from September 30, 2020 to January 20, 2021 at 10:00 a.m.

Dated: New York, New York
         September 22, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge