**HSE**

**Harter Secrest & Emery LLP**
ATTORNEYS AND COUNSELORS

WWW.HSELAW.COM



October 19, 2020

**SO-ORDERED:**

*George B Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 1 9 2020

**BY ECF**
Hon. George B. Daniels
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007-1312

Re:   *United States of America v. Laurence Doud, III,* 19-cr-285 (GBD)

Dear Judge Daniels:

We write on behalf of our client, Rochester Drug Co-operative, Inc. (RDC), to respectfully request a three-week adjournment of a so-ordered pre-trial subpoena deadline. Defendant Laurence Doud, III (Defendant), who served the subpoena, consents to this request.

RDC recently accepted service of Defendant's *ex parte* Federal Rule of Criminal Procedure Rule 17 subpoena dated October 7, 2020. That subpoena was so ordered by this Court on October 8, 2020. The subpoena specifies a response date of October 27, 2020. RDC now respectfully requests a three-week adjournment of that deadline, from October 27, 2020, to November 17, 2020. Such an adjournment will not prejudice Defendant, as no trial date has been scheduled yet in this matter. Pursuant to your Chambers Rules and Practices, we are requesting this adjournment more than 48 hours before the original deadline. This is our first request for an extension. As noted, Defendant consents to this request.

RDC thanks the Court for considering this submission. If you have any questions or require further information, please feel free to contact me.

Respectfully submitted,

Harter Secrest & Emery LLP

Brian M. Feldman
DIRECT DIAL: 585.231.1201
EMAIL: BFELDMAN@HSELAW.COM

1600 BAUSCH & LOMB PLACE  ROCHESTER, NY 14604-2711 PHONE: 585.232.6500 FAX: 585.232.2152

ROCHESTER, NY  ·  BUFFALO, NY  ·  ALBANY, NY  ·  CORNING, NY  ·  NEW YORK, NY