

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2021

SO ORDERED

The pretrial conference is adjourned from January 20, 2021 to June 9, 2021 at 10:00 a.m.

*/s/ George B Donald*

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Laurence F. Doud III*, 19 Cr. 285 (GBD)

Dear Judge Daniels:

The Government writes, jointly with defense counsel, to respectfully request an adjournment of the upcoming status conference, currently scheduled for January 20, 2021, at 10:00 a.m. Given the uncertainties surrounding when jury trials will resume in the District, the parties respectfully propose that the conference be rescheduled for some date in June 2021, at which point the parties would request a firm trial date from the Court.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/
Nicolas Roos
Alexandra Rothman
Assistant United States Attorneys
(212) 637-2580

cc: Defense counsel (ECF)