

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 23, 2021

SO ORDERED:

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: APR 2 7 2021

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Laurence F. Doud III*, 19 Cr. 285 (GBD)

Dear Judge Daniels:

The Government writes to propose a briefing schedule concerning the defendant's second motion to dismiss, which was filed on April 23, 2021. (Dkt. Nos. 61-64.) The Government respectfully requests that it be permitted to file its opposition on or before June 25, 2021. The defendant, through counsel, does not object to this schedule, and has requested that he be permitted to file a reply brief by July 5, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Nicolas Roos
Alexandra Rothman
Assistant United States Attorneys
(212) 637-2580 / -2421

cc: Defense counsel (via ECF)