UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,

-against-

LAURENCE F. DOUD III,

                                Defendant.
------------------------------------- x

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

The pretrial conference is adjourned from June 9, 2021 until July 28, 2021 at 10:30 a.m.

This pretrial conference will take place in person.

Dated: New York, New York
      June 8, 2021

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge