UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                            Defendant.

------------------------------------- x

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

The pretrial conference on July 28, 2021 at 9:45 a.m. is hereby cancelled. The Court will hear oral argument on Defendant's Motion to Dismiss the Indictment, (ECF No. 61), on August 18, 2021 at 11:00 a.m.

The Clerk of Court is directed to close the letter motion at ECF No. 71, accordingly.

Dated: New York, New York
       July __, 2021
       JUL 2 6 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge