**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 8 2021

July 26, 2021

**BY ECF**

SO ORDERED

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The oral argument is adjourned from
August 18, 2021 to September 1, 2021 at 10:00 a.m.

JUL 2 8 2021

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:   *United States v. Laurence F. Doud III*, 19 Cr. 285 (GBD)

Dear Judge Daniels:

The Government respectfully writes on behalf of the parties to request that the oral argument currently scheduled for August 18, 2021, (*see* Dkt. No. 72), be rescheduled for September 1, 2021, at 10:30 a.m.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Nicolas Roos
Alexandra Rothman
Assistant United States Attorneys
(212) 637-2580 / -2421

cc: Defense counsel (via ECF)