

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2021

**SO ORDERED**

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The trial is rescheduled from
January 24, 2022
to January 10, 2022 at 10:00 a.m.

OCT 1 4 2021

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re: *United States v. Laurence F. Doud III*, 19 Cr. 285 (GBD)

Dear Judge Daniels:

The Government writes, with the consent of defense counsel, to respectfully request that trial in this matter be scheduled for January 10, 2022 or January 17, 2022, instead of the current date of January 24, 2022. The Government understands that any trial date ultimately must be approved by the Assignment Committee. However, in order to better accommodate the trial schedules of the attorneys for the Government, the Government respectfully asks that the Court request a slightly earlier date in January from the Committee. As noted above, defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Thomas Burnett
Nicolas Roos
Alexandra Rothman
Assistant United States Attorneys
(212) 637-2580

cc: Defense counsel (via ECF)