UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                             Defendant.
------------------------------------------ x

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled on December 8, 2021 is adjourned to December 15 at 9:30 a.m.

Dated: New York, New York
       December 6, 2021

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge