

Robert C. Gottlieb & Associates PLLC
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.robertcgottlieblaw.com
New York · Rome



DEC 13 2021

December 6, 2021

**Via ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 11A
New York, New York 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: DEC 13 2021

**RE:** *United States v. Laurence F. Doud III,* **19 Cr 285 (GBD)**

Dear Judge Daniels:

This law firm represents Laurence F. Doud III in the above-referenced criminal matter. I write to respectfully request that Mr. Doud be permitted to participate in the rescheduled December 15, 2021 conference by telephone. Mr. Doud lives in Florida and has been traveling by car to New York in order to attend court conferences. He had traveled up for the December 8, 2021 conference prior to finding out today that it had been rescheduled. With the familial obligations of the holiday season, traveling back to Florida, then back up to New York on December 15, 2021 and then returning to Florida would be extremely burdensome. Mr. Doud has never exhibited any issue with the conditions of his bond and has never missed a court appearance. Accordingly, Mr. Doud respectfully requests the Court's permission to attend the recently rescheduled conference telephonically.

I have spoken to the Government, and it has no objection to Mr. Doud's participation in the December 15, 2021 conference via telephone should the Court permit it.

I remain available for a conference on the matter should Your Honor deem it necessary.

Respectfully submitted,

ROBERT C. GOTTLIEB
& ASSOCIATES PLLC

Robert C. Gottlieb