

Robert C. Gottlieb & Associates PLLC
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.robertcgottlieblaw.com
New York · Rome

DEC 1 3 2021

December 6, 2021

**Via ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 11A
New York, New York 10007

        **RE:** ***United States v. Laurence F. Doud III*, 19 Cr 285 (GBD)**
             **Subpoena Request**

Dear Judge Daniels:

       This law firm represents Laurence F. Doud III in the above-referenced criminal matter.

       Enclosed with this letter please find a proposed subpoena for certain materials from Rochester Drug Cooperative, Inc. which are relevant and material to the contested issues the upcoming trial. Due to the trial schedule, we are requesting that Your Honor order that the materials be returned to us on an expedited basis, on or before December 16, 2021.

       I have spoken to the Government, and it has no objection to the issuance of this subpoena.

       Please contact this office with any questions or concerns.

                                                Very truly yours,

                                                ROBERT C. GOTTLIEB
                                                & ASSOCIATES PLLC

                                                Robert C. Gottlieb

SO ORDERED:

*/s/ George B. Daniels* DEC 1 3 2021
The Hon. George Daniels, U.S.D.J.