

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2021

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Laurence F. Doud III*, No. S1 19 Cr. 285 (GBD)

Dear Judge Daniels:

    The Government writes to notify the Court that on December 14, 2021, a Grand Jury sitting in Manhattan returned a superseding indictment in the above-captioned case. The S1 Indictment does not add any new charges to the case, and will not result in the production of any new discovery. The changes to the Indictment also should have no effect on the estimated length of the trial. The S1 Indictment removes the "speaking" allegations from the original Indictment, and makes some revisions to the statutory charging language, so that the new Indictment may be submitted to the jury without redaction.

    The Government respectfully requests that the Court arraign the defendant on the S1 Indictment at the pretrial conference on December 15, 2021, or immediately before trial commences. The Government also respectfully requests that if the Court does not arraign the defendant during the December 15 conference, that it exclude time on the S1 Indictment from December 15 to the trial date. The Government has conferred with counsel for the defendant, who consents to the exclusion of time.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

                by: /s/_____
                     Thomas Burnett
                     Nicolas Roos
                     Alexandra Rothman
                     Assistant United States Attorneys

cc: Defense Counsel (ECF)