

212-566-7766
djaney@thejaneylawfirm.com
The Janey Law Firm LLP 111 Broadway, Suite 701, New York 10006

December 24, 2021

**BY ECF**
The Honorable Judge George B. Daniels
United States District Court—Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Laurence F. Doud III*, 19 Cr. 285 (GBD)

Dear Judge Daniels:

This law firm, along with the law firm of Robert C. Gottlieb & Associates PLLC, represents the defendant in the above-referenced matter. Upon conferring with the Government in this case, we now write jointly to propose for Your Honor's consideration and approval the following briefing schedule in connection with the defense motion filed on December 20, 2021, marked on the docket as ECF Doc. #103:

- The Government will file its **Opposition** on or before **Monday, December 27, 2021**; and

- The Defense will file its **Reply** on **Friday, December 31, 2021**.

Thank you for your consideration.

                                              Respectfully submitted,

                                              The Janey Law Firm LLP

                                              By: */s/ Derrelle M. Janey*
                                                     Derrelle M. Janey

cc:  Robert C. Gottlieb, Esq. (via ECF)
     Paul Townsend, Esq. (via ECF)

     Nicolas Roos, Esq. (via ECF)
     Alexandra Rothman, Esq. (via ECF)
     Thomas Burnett, Esq. (via ECF)