**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                        Defendant.
------------------------------------- x

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for January 4, 2022 is adjourned to January 6, 2022 at 9:45 a.m.

Dated: New York, New York
       January 3, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge