**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                    Defendant.
------------------------------------- x

<u>ORDER</u>

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for January 6, 2022 is rescheduled from 9:45 am to 9:30 am.

Dated: New York, New York
       January 4, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge