**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
UNITED STATES OF AMERICA,

        -against-

LAURENCE F. DOUD III,

                         Defendant.
------------------------------------ x

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Jury Department of the Southern District of New York is hereby ORDERED to make available to the parties in this case, as soon as practicable, the number of jurors who were summoned but did not appear for jury service on January 12, 2022, including those whose appearance was postponed, excused, disqualified or simply did not respond.

Dated: New York, New York
       January 12, 2022

                                                 SO ORDERED.

                                                 GEORGE B. DANIELS
                                                 United States District Judge