

Robert C. Gottlieb & Associates PLLC
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.robertcgottlieblaw.com
New York · Rome

January 25, 2022

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 11A
New York, New York 10007

      Re:    *United States v. Laurence F. Doud III*, 19 Cr. 285 (GBD)
             **Subpoena Request**

Dear Judge Daniels:

      Enclosed with this letter, please find two proposed subpoenas for certain materials from Rochester Drug Cooperative, Inc. and Hyman Phelps & McNamara P.C., which are relevant and material to the ongoing trial. Since the Government has indicated that it will rest its case within the next few days, we are requesting that the materials be returned to us on an expedited basis, on or before January 27, 2022.

      Please contact this office with any questions or concerns.

                                              Respectfully submitted,

                                              ROBERT C. GOTTLIEB
                                              & ASSOCIATES PLLC

                                              Robert C. Gottlieb

SO ORDERED:

JAN 26 2022

*George B Daniels*
The Hon. George Daniels, U.S.D.J.