UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>LAURENCE F. DOUD III,<br><br>                              Defendant. | **AFFIRMATION**<br><br>Case No. 19 Cr. 285 (GBD) |

       DERRELLE M. JANEY, an attorney duly admitted to practice law in the State of New York and the Southern District of New York, hereby affirms under penalties of perjury as follows:

       1.      I am principal of The Janey Law Firm LLP, attorneys for the defendant, Laurence F. Doud III, and as such I am fully familiar with the facts and circumstances of this case.

       2.      The Government concluded presenting evidence on its Case-In-Chief on January 26, 2022 and rested on January 27, 2022. The Defense completed its case on January 27, 2022. The defendant filed his initial Motion Pursuant to Federal Rule of Criminal Procedure 29 for a Judgment of Acquittal as a Matter of Law on January 28, 2022.

       3.      The jury returned a verdict of guilty as to both counts of the superseding indictment on February 2, 2022, and on that date the Court ordered the parties to submit supplemental briefing regarding defendant's Rule 29 motion by February 18, 2022.  As such, this Motion for a Judgment of Acquittal, or, in the alternative, a New Trial pursuant to Federal Rule of Criminal Procedure 33 is timely.

       4.      All the facts and legal arguments in support of Defendant's motion are found within the attached memorandum of law.

Dated:  New York, New York
          February 16, 2022

                                           /s/ Derrelle Janey
                                           Derrelle M. Janey