UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                                Defendant.
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 2 2022

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the following open motions as having been resolved during trial:

- ECF No. 96 (Defendant's motion in limine to limit the testimony of the Government's expert);

- ECF No. 99 (Defendant's motion in limine to admit certain statements of RDC employees as co-conspirator statements and to limit the testimony of Defendant's experts);

- ECF No. 115 (Defendant's motion to preclude Government from introducing testimony of William Paulsen and Barbara Castro and discovery materials produced after the deadline for the production of Jencks Act materials);

- ECF No. 122 (Government's motion to preclude defendant from offering evidence in connection with the guilty plea of William Pietruszewski);

- ECF No. 128 (Defendant's motion for an order compelling the Jury Administrator of the Southern District to release to the parties any records or papers related to the jury selection process from January 3, 2022 though the completion of jury selection);

- ECF No. 138 (Government's motion in limine concerning evidence regarding certain suspicious-order reports and pharmacy terminations that occurred after defendant left RDC);

- ECF No. 140 (Government's motion in limine to exclude Defense Exhibit N-10, an internal DEA report summarizing actions taken and observed by DEA officers);

- ECF No. 141 and 142 (Defendant's motions in limine to preclude the Government's expert from using certain demonstrative exhibits during his direct examination);

- ECF No. 143 (Government's motion in limine to preclude certain defense exhibits (Def. Exs. A-18, A-22, A-35, A-37, A-38, A-40, and A-71));

- ECF No. 144 (Government's opposition to Defense motion 140);

- ECF No. 149 (Government's motion to modify the Court's proposed jury instructions);

- ECF No. 150 (Defendant's motion to modify the Court's proposed jury instructions);

- ECF No. 154 (Government's response to Defendant's motion regarding the Court's proposed jury instructions at 150); and

- ECF No. 155 (Defendant's response to Government's motion regarding the Court's proposed jury instructions at 149) as having been resolved during trial.

Dated: New York, New York
February 22, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge