UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                                Defendant.

------------------------------------------------------------X

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, District Judge:

    The sentencing currently scheduled for June 29, 2022 is adjourned to September 21, 2022 at 10:00 a.m. Defendant's sentencing submission is due thirty (30) days before the date of sentencing.

    The Clerk of the Court is directed to close the open motion at ECF No. 193.

Dated: June 14, 2022
          New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge

Case 1:19-cr-00285-GBD   Document 194   Filed 06/14/22   Page 2 of 2