UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,                :
      -against-                          :
                                                                                                      ORDER
LAURENCE F. DOUD III,                   :
                                                                                                   19 Crim. 285 (GBD)
                 Defendant.           :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      Defendant's unopposed application for leave to file a submission no longer than 12 pages to supplement Defendant's motion for acquittal or, in the alternative, for a new trial, (ECF No. 195), is GRANTED. Defendant's supplemental submission is due by July 21, 2022. The Government's response is due by August 11, 2022.

      The Clerk of the Court is directed to close the open motion at ECF No. 195.

Dated: June 30, 2022
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge