UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                Defendant.

------------------------------------x

ORDER

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The sentencing scheduled for September 21, 2022 is adjourned to January 4, 2023 at 10:00 a.m.

Dated: August 23, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge