

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2022

**BY ECF**

Hon. George B. Daniels
United States District Court
500 Pearl Street
New York, NY 10007

  Re: <u>United States</u> v. <u>Laurence Doud III</u>, 19 Cr. 285 (GBD)

Dear Judge Daniels:

  In light of the Court's adjournment of the sentencing in this matter to January 4, 2023, the Government respectfully requests that it be permitted to file its sentencing submission two weeks in advance of the new sentencing date. The Court did not previously set a due date for the Government's sentencing submission, but under the Court's rules it would otherwise be due five days in advance of sentencing.

  In the event the defendant chooses to file a reply brief in support of his original sentencing submission, the Government would consent to such a filing.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

        by: _/s/_ _____
          Thomas Burnett
          Nicolas Roos
          Alexandra Rothman
          Assistant United States Attorney
          (212) 637-1064