UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

    -against-

LAURENCE F. DOUD III,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>ORDER</u>

19 Crim. 285 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The sentencing scheduled for January 4, 2023 is adjourned to January 31, 2023 at 9:45 a.m.

    Sentencing submissions are due a week prior to sentencing.

Dated: December 21, 2022
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE