

Robert C. Gottlieb & Associates PLLC
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.robertcgottlieblaw.com
New York · Rome

January 11, 2023

**Via ECF**
The Honorable Judge George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Laurence Doud III*, 19 Cr. 285 (GBD)

Dear Judge Daniels:

    As you know, this law firm represents Laurence Doud III in the above-referenced criminal matter. We write to respectfully request a short adjournment of Mr. Doud's sentencing now scheduled for January 31, 2023. We wish to bring to your attention that the January 31, 2023 date the Court recently selected for sentencing Mr. Doud conflicts with our engagement in a murder trial in Ulster County, New York in *People v. Gregory Thayer*, Indictment #70188-21. We represent Mr. Thayer who was charged with Murder in the Second Degree on October 4, 2021.

    Prior to receiving ECF notification on December 21, 2022 that Mr. Doud's sentencing was rescheduled for January 31, 2023, the presiding judge in the Thayer case, Judge Bryan Rounds had set the murder trial for January 30, 2023. We understand that potential jurors have been notified to appear for jury selection on that date. We waited until today to reach out to Your Honor to make sure that the trial was indeed going to begin on January 30 before asking that Mr. Doud's sentencing be adjourned for a short period of time.

    We anticipate that the murder case will take approximately three (3) weeks to complete. Therefore, we respectfully request that Mr. Doud's sentencing be adjourned to the beginning of March on a date convenient for the Court. We have been in contact with AUSA Rothman who has indicated that the Government consents to this request.

We sincerely thank the Court for its consideration.

                                               Respectfully submitted,

                                               ROBERT C. GOTTLIEB
                                               & ASSOCIATES PLLC

                                               By: _____
                                                  Robert C. Gottlieb, Esq.

                                               JANEY LAW FIRM P.C.

                                             By: _____/S/_____
                                                 Derrelle M. Janey, Esq.

Cc:    Nicolas Roos, Esq.
        Alexandra Rothman, Esq.
        Thomas Burnett, Esq.
        Assistant United States Attorneys (via ECF)