Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

**Southern** District of **New York**

**Caption:**
UNITED STATES OF AMERICA
v.
LAURENCE F. DOUD III

Docket No.: 19 Cr. 285 (GBD)

The Honorable Judge George B. Daniels
(District Court Judge)

Notice is hereby given that **Laurence F. Doud III** appeals to the United States Court of Appeals for the Second Circuit from the judgment **X**, other _____ (specify)

entered in this action on **March 9, 2023** (date).

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [X]  Other [ ]

Defendant found guilty by plea [ ]  | trial | X | N/A |

Offense occurred after November 1, 1987?  Yes [X]  No [ ]  N/A [ ]

Date of sentence: **March 8, 2023**   N/A [ ]

Bail/Jail Disposition: Committed [ ]  Not committed [X]  N/A [ ]

Bail continued pending outcome of appeal.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2023

Appellant is represented by counsel? Yes X | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Robert C. Gottlieb & Associates PLLC and the Janey Law Firm PC |
| Counsel's Address: | 111 Broadway, Suite 701 |
| | New York, New York 10006 |
| Counsel's Phone: | 212-566-7766 |
| Assistant U.S. Attorney: | Alexandra Rothman, Thomas Burnett, and Nicolas Roos |
| AUSA's Address: | 1 Saint Andrews Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-2200 |

Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Mar 15, 2023 1:08PM

ROBERT C. GOTTLIEB & ASSOCIATES PLLC OBO LAURENCE F. DOUD III

Rcpt. No: 13946        Trans. Date: Mar 15, 2023 1:08PM        Cashier ID: #ST

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #11027 | 03/15/2023 | | $505.00 |

Total Due Prior to Payment: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 19CR285 GBD

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.