**Criminal Notice of Appeal - Form A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/23

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
United States of America v.

Laurence F. Doud III

Docket No.: 19 Cr. 285 (GBD)
Hon. George B. Daniels
(District Court Judge)

Notice is hereby given that **the United States of America** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ **Rule 29 decision and judgment**
(specify)
entered in this action on **2/23/23 and 3/9/23**.
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✓]  Other [ ]

Defendant found guilty by plea [ ]  trial [✓]  N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: **March 9, 2023**  N/A [ ]

Bail/Jail Disposition: Committed [ ]  Not committed [✓]  N/A [ ]

Appellant is represented by counsel? Yes [✓]  No [ ]  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Robert C. Gottlieb & Associates PLLC and the Janey Law Firm PC |
| Counsel's Address: | 111 Broadway, Suite 701 |
| | New York, NY 10006 |
| Counsel's Phone: | 212-566-7766 |
| Assistant U.S. Attorney: | Thomas Burnett, Nicolas Roos, Alexandra Rothman |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-1064/-2421/-2580 |

*[Signature]*
Signature