**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                              :

            -against-                                      :

                                       :           ORDER

LAURENCE F. DOUD III,                                  :

                                        :      19 Cr. 285 (GBD)

              Defendant.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for early termination of supervised release, (ECF No. 225,) which is supported by Probation and unopposed by the Government, is GRANTED. Defendant's supervised release is terminated pursuant to 18 U.S.C. § 3583(e)(1).

Dated: April 9, 2026
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*

                                        GEORGE B. DANIELS
                                        United States District Judge